UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHARON DELUCCA                               :
    *Plaintiff*                              :
                                             :
vs.                                          :   C.A. No. 13-155-ML
                                             :
NATIONAL EDUCATION ASSOCIATION :
OF RHODE ISLAND, ROGER WILLIAMS :
UNIVERSITY FACULTY ASSOCIATION, :
INC., and MELVYN A. TOPF,                    :
    *Defendants*                             :

## ORDER

The Court conducted a Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) on May 9, 2013. After conferencing the case with the parties, it is hereby ordered:

1. This case and all proceedings therein are hereby stayed until August 7, 2013;

2. On or before July 24, 2013, the parties, jointly or separately, shall report to the Court on the status of the arbitration between the Roger Williams University Faculty Association, Inc. and the Roger Williams University that is at issue in this case and inform the Court as to whether a further stay of the proceedings in this case is indicated, in order for the Court to determine whether or not the stay should be extended; and

3. By agreement of the parties, the accrual of prejudgment interest shall also be stayed, commencing on May 9, 2013 through and including the last day that proceedings are stayed in this matter pursuant to this and/or any subsequent order of the Court.

SO ORDERED:

*/s/Mary M. Lisi*
Mary M. Lisi
Chief U.S. District Judge
May 28, 2013

1